ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>WESTCOR LAND TITLE INSURANCE COMPANY; DOES I THROUGH X; AND ROE CORPORATIONS I THROUGH X,<br><br>Defendants. | Case No.: 2:20-cv-00972-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION TO STAY** |

Nationstar Mortgage, LLC (**Nationstar**), and Westcor Land Title Insurance Company (**Westcor**), hereby stipulate and agree that Nationstar shall have additional time, up to and including **August 31, 2020**, to file its opposition to the Westcor's motion to stay, which was filed on August 6, 2020. Nationstar's counsel requests the extension because she was out of town when the motion was filed, and needs additional time to work on the response in light of additional obligations and delays caused by COVID-19, including the start of school for two of counsel's elementary-school children via distance learning this month.

. . .

{54258560}

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 20th day of August, 2020.

| **AKERMAN, LLP** | **GERRARD COX LARSEN** |
|---|---|
| */s/ Jamie K. Combs* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> JAMIE K. COMBS, ESQ. <br> Nevada Bar No. 13088 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Nationstar Mortgage LLC* | */s/ Nathan R. Henderson* <br> DOUGLAS D. GERRARD, ESQ. <br> Nevada Bar No. 4613 <br> NATHAN R. HENDERSON, ESQ. <br> Nevada Bar No. 13145 <br> 2450 St. Rose Parkway, Suite 200 <br> Henderson, NV 89074 <br><br> *Attorneys for Westcor Land Title Insurance Company* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No.: 2:20-cv-00972-JAD-EJY

DATED: August 20, 2020