Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
dgerrard@gerrard-cox.com
Nathan R. Henderson, Esq.
Nevada Bar No. 13145
nhenderson@gerrard-cox.com
**GERRARD COX LARSEN**
2450 Saint Rose Parkway, Suite 200
Henderson, Nevada  89074
(702) 796-4000
*Attorneys for Defendant,*
*Westcor Land Title Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTCOR LAND TITLE INSURANCE COMPANY; DOES I THROUGH X; AND ROE CORPORATIONS I THROUGH X<br><br>Defendants. | Case No.    2:20-cv-00972-JAD-EJY |

### STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO STAY

Westcor Land Title Insurance Company ("Westcor") and Nationstar Mortgage, LLC ("Nationstar"), hereby stipulate and agree that Westchor shall have additional time, up to and including September 14, 2020, to file its Reply in support of the Motion to Stay [ECF No. 11], which was filed on August 6, 2020.  The due date for the Reply was set for Monday, September 7, 2020, Labor Day.  Counsel for Westcor mistakenly calendared the due date for the Reply for the following Monday, September 14, 2020, and only learned of their mistake after returning from the long weekend.  The parties now stipulate to allow Westcor to prepare and file the Reply for the date it had originally, though erroneously, planned for.

/ /

/ /

/ /

This is the parties' first request for and extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 8th day of September, 2020.                    DATED this 8th day of September, 2020.

**GERRARD COX LARSEN**                                    **AKERMAN, LLP**

/s/ Douglas D. Gerrard, Esq.                              /s/ Jamie K. Combs, Esq.
Douglas D. Gerrard, Esq.                                  Ariel E. Stern, Esq.
Nevada Bar No. 4613                                       Nevada Bar No. 8276
Nathan R. Henderson, Esq.                                 Melanie D. Morgan, Esq.
Nevada Bar No. 13145                                      Nevada Bar No. 8215
2450 St. Rose Parkway, Suite 200                          Jamie K. Combs, Esq.
Henderson, Nevada 89074                                   Nevada Bar No. 13088
*Attorneys for Defendant,*                                *Attorneys for Plaintiff,*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No.: 2:20-cv-000972-JAD-EJY

DATED: September 8, 2020

2