Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
dgerrard@gerrard-cox.com
Nathan R. Henderson, Esq.
Nevada Bar No. 13145
nhenderson@gerrard-cox.com
**GERRARD COX LARSEN**
2450 Saint Rose Parkway, Suite 200
Henderson, Nevada 89074
(702) 796-4000
*Attorneys for Defendant,*
*Westcor Land Title Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTCOR LAND TITLE INSURANCE COMPANY; DOES I THROUGH X; AND ROE CORPORATIONS I THROUGH X<br><br>Defendants. | Case No.   2:20-cv-00972-JAD-EJY<br><br>ECF No. 21 |

**STIPULATION AND ORDER TO EXTEND TIME
TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND TO FILE
REPLY IN SUPPORT OF MOTION FOR CERTIFICATION**

Westcor Land Title Insurance Company ("Westcor") and Nationstar Mortgage, LLC ("Nationstar"), hereby stipulate and agree that Westcor shall have additional time, up to and including November 19, 2020, to file its Opposition to Nationstar's Motion for Partial Summary Judgment on Coverage [ECF No.18] ("Opposition") and that Nationstar shall have additional time, up to and including November 12, 2020 to file its Reply in Support of Nationstar's Motion to Certify Questions to the Nevada Supreme Court [ECF No. 19] ("Reply").

Counsel for both parties face multiple deadlines in other cases leading up to and including the due dates for the Opposition and the Reply.  Counsel for Nationstar faced the additional burden of responding to the Motion for Certification a week before the Opposition was due followed by an all day settlement conference in another case.  Both parties' schedules were further complicated by the recent Nevada Day holiday.

This is the parties' first request for an extension of these deadline and is not intended to cause any delay or prejudice.

DATED this 2nd day of November, 2020.                    DATED this 2nd day of November, 2020.

**GERRARD COX LARSEN**                                    **AKERMAN, LLP**

/s/ Douglas D. Gerrard, Esq.                              /s/ Jamie K. Combs, Esq.
Douglas D. Gerrard, Esq.                                  Ariel E. Stern, Esq.
Nevada Bar No. 4613                                       Nevada Bar No. 8276
Nathan R. Henderson, Esq.                                 Melanie D. Morgan, Esq.
Nevada Bar No. 13145                                      Nevada Bar No. 8215
2450 St. Rose Parkway, Suite 200                          Jamie K. Combs, Esq.
Henderson, Nevada 89074                                   Nevada Bar No. 13088
*Attorneys for Defendant,*                                *Attorneys for Plaintiff,*

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 5, 2020

2