ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No. 2:20-cv-00972-JAD-EJY |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR CERTIFICATION AND TO FILE OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| WESTCOR LAND TITLE INSURANCE COMPANY; DOES I THROUGH X; AND ROE CORPORATIONS I THROUGH X, | |
| Defendants. | **(SECOND REQUEST)**   ECF No. 24 |

Nationstar Mortgage LLC (**Nationstar**), and Westcor Land Title Insurance Company (**Westcor**), hereby stipulate and agree that Nationstar shall have an additional seven (7) days, up to and including **November 19, 2020**, to file its reply in support of motion to certify questions to the Nevada Supreme Court which is currently due on November 12, 2020, pursuant to ECF No. 22. The motion was filed on October 15, 2020, and the response was filed on October 29. 2020.

The parties further stipulate that Westcor shall have an additional ten (10) days, up to and including **November 30, 2020**, to file its opposition to Nationstar's motion for partial summary judgment on coverage which is currently due on November 19, 2020, pursuant to ECF No. 22. The motion was filed on October 15, 2020.

///

///

55355918;1

This is the parties' second request for an extension of these deadlines, and is not intended to cause any delay or prejudice to any party, but to grant the parties additional time to prepare their briefs in light of multiple competing deadlines and obligations.

DATED this 12th day of November, 2020.

| **AKERMAN LLP** | **GERRARD COX LARSEN** |
|---|---|
| */s/ Jamie K. Combs*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>JAMIE K. COMBS ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Nationstar Mortgage LLC* | */s/ Nathan R. Henderson*<br>DOUGLAS D. GERRARD, ESQ.<br>Nevada Bar No. 4613<br>NATHAN R. HENDERSON, ESQ.<br>Nevada Bar No. 13145<br>2450 St. Rose Parkway, Suite 200<br>Henderson, NV 89074<br><br>*Attorneys for Westcor Land Title Insurance Company* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: 11-13-2020

2

55355918;1